1  Sergio Bent, Bar No. 180662
   Jesse M. Caryl, Bar No. 208687
2  Steven M. Kroll, Bar No. 216196
   BENT CARYL & KROLL, LLP
3  6300 Wilshire Boulevard, Suite 1415
   Los Angeles, CA  90048
4  Telephone:  (323) 315-0510
   Facsimile:   (323) 774-6021
5  sbent@bcklegal.com
   jcaryl@bcklegal.com
6  skroll@bkclegal.com

7  Attorneys for Defendant
   CBEYOND COMMUNICATIONS, LLC
8  [erroneously named CBEYOND
   COMMUNICATIONS, INC.]

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

12

13
   KATRINA NOVAK, an individual;        CASE NO.  8:10-cv-00794-AG (MLG)
14
                  Plaintiff,            **JOINT STIPULATION BETWEEN
15                                       PLAINTIFF AND DEFENDANT TO
          v.                             DISMISS ACTION WITH
16                                       PREJUDICE**
   CBEYOND COMMUNICATIONS,
17 INC., a Corporation; and DOES 1-
   20, inclusive,
18
                  Defendants.
19

20

21

22

23

24

25

26

27

28

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION:

Plaintiff Katrina Novak and defendant Cbeyond Communications, LLC , by and through their respective attorneys of record, hereby stipulate that this action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated:        January 31, 2011              MCKAVENEY HOY, APC


                                            By: _____
                                            Scott D. Hoy
                                            Attorneys for Plaintiff
                                            KATRINA NOVAK



Dated:        January 31, 2011              BENT CARYL & KROLL, LLP


                                            By: _____
                                            Steven M. Kroll
                                            Attorneys for Defendant
                                            CBEYOND COMMUNICATIONS,
                                            LLC [erroneously named
                                            CBEYOND COMMUNICATIONS,
                                            INC.]

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

STIPULATION TO DISMISS WITH PREJUDICE

## PROOF OF SERVICE

I, Steven M. Kroll, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 6300 Wilshire Boulevard, Suite 1415, Los Angeles, California 90048. On February 3, 2011, I served a copy of the within document(s):

**JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS ACTION WITH PREJUDICE**

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

X    by electronically serving and filing them using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

Scott D. Hoy, Esq.      Attorneys for Plaintiff Katrina
MCKAVENY HOY, APC      Novak, *Registered participants*
1901 First Avenue, Suite 285    *of ECF*
San Diego, CA 92101
Telephone: (619) 692-1800
Facsimile: (619) 692-1819

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 3, 2011, at Los Angeles, California.

_St. M. Kroll_
Steven M. Kroll